UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, *on behalf of himself
and all other persons similarly situated*,

           Plaintiff,

-against-

WEST ELM, INC.,

           Defendant.

**ORDER**

19 Civ. 10079 (ER)

RAMOS, D.J.

    Plaintiff filed the instant suit on October 30, 2019. Doc. 1. On November 6, 2020, the Court dismissed the suit, granting Plaintiff leave to file an amended complaint by November 20, 2020. Doc. 22. Plaintiff has not since filed an amended complaint. Accordingly, the Clerk of Court is respectfully directed to enter a final judgment of dismissal and close the case.

    It is SO ORDERED.

Dated: August 30, 2021
       New York, New York

                                       Edgardo Ramos, U.S.D.J.