UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR LOPEZ, on behalf of himself and all
other persons similarly situated,

                Plaintiff,                                  19 **CIVIL** 10079 (ER)

      -against-                                **JUDGMENT**

WEST ELM, INC.,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 30, 2021, On November 6, 2020, the Court dismissed the suit, granting Plaintiff leave to file an amended complaint by November 20, 2020. Doc. 22. Plaintiff has not since filed an amended complaint. Accordingly, final judgment of dismissal is entered, and case is closed.

**Dated:**  New York, New York
          August 31, 2021

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                       **BY:**

                                                               **Deputy Clerk**